IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMY LEE CONLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3305 |
| | § | |
| THOMAS A. DAVIS, JR., ET AL., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order of even date, this action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim.

The Clerk will provide copies of this order to the parties.

Signed at Houston, Texas, on October 23, 2006.

_____
Gray H. Miller
United States District Judge